**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) CHARLES CROFTS and | ) | |
| (2) MARTHA CROFTS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| (1) ALLSTATE VEHICLE AND | ) | |
| PROPERTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF REMOVAL</u>**

The Petitioner, Allstate Vehicle and Property Insurance Company ("Allstate"), Defendant in the above-captioned case, states the following:

1. The above-entitled cause was commenced in the District Court of Oklahoma County, entitled *Charles Crofts and Martha Crofts v. Allstate Vehicle and Property Insurance Company*, Case No. CJ-2025-7235. Process was served upon Allstate by serving the Oklahoma Insurance Commission by certified mail on October 14, 2025. Process was served upon Allstate via the Oklahoma Insurance Department mailing the Summons and Petition to Allstate's registered agent, The Corporation Company, on October 14, 2025. A copy of Plaintiffs' Petition setting forth the claim for relief upon which the action is based is attached hereto and marked Exhibit 1. A copy of the Summons served on Allstate and the certified mail documentation showing date of mailing, are attached hereto and marked Exhibit 2.

2. Plaintiffs are residents and citizens of the State of Oklahoma residing in Oklahoma County. (Petition, ¶ 9, Exhibit 1). Allstate is incorporated in the State of Illinois with its principal place of business in the State of Illinois. Thus, Allstate is a resident and citizen of the State of

Illinois.  Plaintiffs' claims are for alleged breach of a homeowners insurance policy and alleged breach of the duty of good faith and fair dealing.  The matter in controversy between Plaintiffs and Allstate, according to Plaintiffs' demands, exceeds Seventy-Five Thousand and No/100ths Dollars ($75,000.00), exclusive of interests and costs. (Petition, ¶22, Exhibit 1)

3.  This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332 (1992), by reason of the fact that this is a civil action wherein the amount in controversy, according to Plaintiffs' demands, exceeds Seventy-Five Thousand and No/100ths Dollars ($75,000.00), exclusive of interest and costs and is between citizens of different states.  Accordingly, this action may be removed by Defendant pursuant to 28 U.S.C. § 1441(a).

4.  This Notice of Removal is filed in this Court within thirty (30) days after October 14, 2025, the date Allstate was served with a copy of Plaintiffs' Petition, which was the initial pleading setting forth the claim for relief upon which this is based.

5.  Copies of all process, pleadings, and Orders served upon Allstate have been attached hereto as Exhibit (1) Petition, Exhibit (2) Summons, Exhibit (3) Entry of Appearance, (4) Proof of Service.  Pursuant to LcvR 81.2, a copy of the state court docket sheet is attached as Exhibit 5.

**WHEREFORE**, Defendant, Allstate Vehicle and Property Insurance Company, prays that this action be removed.

Dated this 16th day of October, 2025.

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD, FIASCO & EDMONDS**
A Professional Corporation

\s\Carol J. Allen
Carol J. Allen, OBA #18255
Andrew G. Wakeman, OBA #21393
Michael D. Orcutt, OBA #36228
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096
callen@abg-oklaw.com
awakeman@abg-oklaw.com
morcutt@abg-oklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ben D. Baker
Dawn M. Goeres
Levi B. Baker
Red Dirt Legal, PLLC
10334 Greenbriar Parkway
Oklahoma City, OK  73159
ben@reddirtlegal.com
dawn@reddirtlegal.com
levi@reddirtlegal.com

Laurie Koller
Red Dirt Legal, PLLC
2504 E. 21st St., Ste. B
Tulsa, OK  74114
laurie@reddirtlegal.com

\s\Carol J. Allen