CJ-25-7235
Palumbo


*1063448485*

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT -2 2025

RICK WARREN
COURT CLERK

128 _____

CHARLES CROFTS and MARTHA CROFTS, )
                                     )
    Plaintiffs,                   )
                                     )
v.                                 )   Case No. _____
                                 )   Judge _____
ALLSTATE VEHICLE AND PROPERTY  )
INSURANCE COMPANY,          )
                                 )
    Defendant.                  )

**CJ - 2025 - 7 2 3 5**

JURY TRIAL DEMANDED
ATTORNEY LIEN CLAIMED

## PETITION

COME NOW, the Plaintiffs, Charles Crofts and Martha Crofts, (hereinafter referred to as "Plaintiffs"), and in support of their action against Defendant Allstate Vehicle and Property Insurance Company, (hereinafter referred to as "Defendant" and/or "Allstate") state and allege as follows:

### JURISDICTION AND VENUE

1.  Pursuant to 12 O.S. § 2004(F), this Court has subject matter jurisdiction over the claims asserted herein.

2.  Defendant is a foreign insurance company that was not incorporated in Oklahoma and does not have its principal place of business in Oklahoma.

3.  Defendant has appointed the Oklahoma Insurance Commissioner as its agent to receive service of legal process.

4.  The Oklahoma Insurance Commissioner is located in Oklahoma County, Oklahoma.

5.  Pursuant to 12 O.S. § 137 and 18 O.S. § 471, venue is proper in Oklahoma County.

### FACTUAL ALLEGATIONS

6.  Plaintiffs and Defendant are parties to an insurance contract identified by Defendant as

EXHIBIT
1

Policy No. 000910171158 (the "Contract").

7. Defendant drafted the Contract.

8. Defendant received consideration from Plaintiffs in the form of Plaintiffs' payment of premiums to Defendant

9. In exchange for Defendant's receipt of consideration in the form of premiums paid to it by Plaintiffs, Defendant promised to provide, pursuant to the terms and conditions of the Contract and Oklahoma law, coverage for Plaintiff's property located at 2504 SW 101, Oklahoma City, OK 73159.

10. The Contract is in effect from October 23, 2024 to October 23, 2025.

11. Plaintiffs reported to Defendant that their property had sustained sudden and accidental direct physical loss during the time the Contract was in effect.

12. Defendant assigned Plaintiffs' report Claim No. 0788974533 (the "Claim").

13. Defendant assigned March 14, 2025, as the date of loss for the Claim.

14. Plaintiffs dispute Defendant's determination of the benefits it owed them under the Contract for their Claim.

## BREACH OF CONTRACT

15. Plaintiffs assert and allege that (a) prior to filing this lawsuit they met their burden of demonstrating the sudden and accidental direct physical loss to their property is covered under the Contract; (b) prior to the filing of this lawsuit Defendant failed to meet its burden of demonstrating any of the sudden and accidental direct physical loss to Plaintiffs' property is excluded from coverage; (c) Defendant has breached the Contract by failing to pay Plaintiffs all benefits owed to them under the Contract necessitated by the covered sudden and accidental direct physical loss to Plaintiffs' property.

## RESERVATION OF RIGHT TO AMEND/CONFORM

16. Plaintiffs reserve the right to amend their pleading and/or to amend the claims set forth in their pleading and their demand for relief sought to conform to the evidence discovered and/or developed through litigation.

## DEMAND FOR RELIEF

17. Plaintiffs assert and allege that due to Defendant's breach of the Contract they have suffered detriment, they are entitled to recover from Defendant the amount of money that is needed to put them in as good a position as they would have been in had Defendant not breached the Contract, and that Defendant is responsible to compensate Plaintiffs for all reasonably foreseeable detriment proximately caused by its breach of Contract.

18. Plaintiffs assert and allege Defendant has breached the Contract by failing to pay them the amounts needed to repair/replace the covered sudden and accidental direct physical loss to their property in an amount of $29,284.03.

19. Plaintiffs assert and allege their right to update the calculation of contractual damages closer in time to the trial of this matter to reflect any changes in pricing and assert and allege that they are entitled to recover the costs of any such changes as consequential damages incurred due to Defendant's breach of the Contract.

20. Plaintiff assert and allege that in addition to the damages listed above, they are entitled to recovery of consequential damages.

21. Plaintiffs assert and allege that in addition to the damages listed above, they are entitled to recovery of interest, attorney fees, and costs as permitted and/or mandated by Oklahoma law.

22. The total amount of damages/relief sought by Plaintiff does exceed the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

Dated:  October 2, 2025                          Respectfully submitted,

Ben D. Baker, OBA No. 21475
ben@reddirtlegal.com
Dawn M. Goeres, OBA No. 21923
dawn@reddirtlegal.com
Levi B. Baker, OBA No. 35545
levi@reddirtlegal.com
Red Dirt Legal, PLLC
10334 Greenbriar Parkway
Oklahoma City, OK 73159
Telephone: (405) 527-8001
Facsimile: (405) 527-1539

and

Laurie Koller, OBA #16857
laurie@reddirtlegal.com
Red Dirt Legal, PLLC
2504 E. 21st St., Ste B
Tulsa, OK 74114
Telephone: (918) 771-2968
*COUNSEL FOR PLAINTIFF*