## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHARLES CROFTS and <br> (2) MARTHA CROFTS, <br><br>     Plaintiffs, <br><br> v. <br><br> (1) ALLSTATE VEHICLE AND <br> PROPERTY INSURANCE COMPANY, <br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)   No.  25-cv-01222-D<br>)<br>)<br>)<br>)<br>) |

## DEMAND FOR JURY TRIAL

**COMES NOW** the Defendant, Allstate Vehicle and Property Insurance Company, and

demands that the above-captioned cause be tried before a jury.


Respectfully submitted,


**ATKINSON, BRITTINGHAM, GLADD, FIASCO & EDMONDS**
A PROFESSIONAL CORPORATION

 \s\Carol J. Allen
Carol J. Allen, OBA #18255
Andrew G. Wakeman, OBA #21393
Michael D. Orcutt, OBA #36228
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096
callen@abg-oklaw.com
awakeman@abg-oklaw.com
morcutt@abg-oklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:


Ben D. Baker
Dawn M. Goeres
Levi B. Baker
Red Dirt Legal, PLLC
10334 Greenbriar Parkway
Oklahoma City, OK  73159
ben@reddirtlegal.com
dawn@reddirtlegal.com
levi@reddirtlegal.com


Laurie Koller
Red Dirt Legal, PLLC
2504 E. 21st St., Ste. B
Tulsa, OK  74114
laurie@reddirtlegal.com


    \s\Carol J. Allen