## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) CHARLES CROFTS and** ) | |
| **(2) MARTHA CROFTS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.  25-cv-01222-D** |
| ) | |
| **(1) ALLSTATE VEHICLE AND PROPERTY** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Plaintiffs and Defendant, by and through their counsel of record, hereby give notice to the

Court that the parties have reached a settlement of the above-captioned matter.  At this time, the

parties are in the process of exchanging settlement release documents and issuing the settlement

proceeds.  The parties respectfully request that any pending deadlines and hearings be stricken.  The

parties anticipate that a final Stipulation of Dismissal will be filed within thirty days.

Respectfully submitted,

**ATKINSON, BRITTINGHAM, GLADD,**
**FIASCO & EDMONDS, P.C.**
A PROFESSIONAL CORPORATION

/s/ Carol J. Allen
Carol J. Allen, OBA #18255
Andrew G. Wakeman, OBA #21393
525 South Main, Suite 1500
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile (918) 585-8096
callen@abg-oklaw.com
awakeman@abg-oklaw.com
*Attorneys for Defendant Allstate Vehicle and Property*
*Insurance Company*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 21st day of November, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Levi B. Baker - levi@reddirtlegal.com
Dawn M Goeres - dawn@reddirtlegal.com
Ben D. Baker - ben@reddirtlegal.com
Laurie Koller - laurie@reddirtlegal.com
*Attorney for Plaintiffs*

/s/ Carol J. Allen