## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.      CHARLES CROFTS and | ) | |
| 2.      MARTHA CROFTS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-01222-D |
| | ) | Judge Timothy D. DeGiusti |
| 1.      ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Charles Crofts and Martha Crofts, and Defendant, Allstate Insurance Company, pursuant to Fed.R.Civ.P. 41(a), hereby jointly stipulate to the dismissal with prejudice of this action on the grounds that this matter has been resolved by agreement. No party is deemed to be a prevailing party and each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

/s/Levi B. Baker
Ben D. Baker, OBA No. 21475
ben@reddirtlegal.com
Dawn Goeres, OBA No. 21923
dawn@reddirtlegal.com
Levi B. Baker, OBA No. 35545
levi@reddirtlegal.com
Red Dirt Legal, PLLC
10334 Greenbriar Parkway
Oklahoma City, OK 73159
Telephone: (405) 527-8001
Facsimile: (405) 527-1539

~and~

Laurie Koller, OBA #16857

s/ Carol J. Allen
(signed by filing attorney with permission)
Carol J. Allen, OBA #18255
Andrew G. Wakeman, OBA #21393
Michael D. Orcutt, OBA #36228
1500 Park Centre
525 South Main
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
callen@abg-oklaw.com
awakeman@abg-oklaw.com
morcutt@abg-oklaw.com
Attorneys for Defendant

1

laurie@reddirtlegal.com
Red Dirt Legal, PLLC
2504 E. 21st St., Ste B
Tulsa, OK 74114
Telephone: (918) 771-2968
***COUNSEL FOR PLAINTIFFS***